UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.T. COLBY & COMPANY, INC. d/b/a BRICK TOWER PRESS, J. BOYLSTON & COMPANY, PUBLISHERS LLC and IPICTUREBOOKS LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> APPLE, INC., <br><br> Defendant. | Case No. <br><br> ECF CASE <br><br> **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |



Pursuant to Federal Rules of Civil Procedure 7.1, through their undersigned counsel, Plaintiffs J.T. Colby & Company, Inc. d/b/a Brick Tower Press, J. Boylston Company, Publishers LLC and ipicturebooks LLC ("plaintiffs") hereby certify that each is directly or indirectly owned by John T. Colby and no other person owns any interest in such plaintiffs.

Dated: New York, New York
June 15, 2011

Respectfully submitted,

MANATT PHELPS & PHILLIPS, LLP

By: _____
Thomas C. Morrison
Kimo S. Peluso
Nirav S. Shah
7 Times Square
New York, NY 10036
(212) 790-4500
Attorneys for Plaintiffs

200019205.1