UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.T. COLBY & COMPANY, INC. d/b/a
BRICK TOWER PRESS, J. BOYLSTON &
COMPANY, PUBLISHERS LLC and
IPICTUREBOOKS LLC,

           Plaintiffs,

-against-

APPLE, INC.,

           Defendant.

---

Civil Case No.: 11 Civ. 4060 (DAB)

ECF CASE

**AFFIDAVIT OF MAIL SERVICE BY FEDERAL EXPRESS**

SARAH GOTTESMAN, being duly sworn, deposes and says:

1. I am over 18 years of age and not a party to this action. I am employed by Manatt, Phelps & Phillips, LLP, attorneys for Plaintiff Nonesuch Records Inc.

2. On the 15th day of June, 2011, I served true and correct copies upon Defendant Apple, Inc. of Plaintiffs' Summons, Complaint and Jury Demand, Plaintiffs' Rule 7.1 Corporate Disclosure Statement; Civil Cover Sheet; Electronic Case Filing Rules and Instructions; Individual Practices of Judge Deborah A. Batts and Individual Practices of Magistrate Judge Ronald L. Ellis by depositing the enclosed in a securely-sealed wrapper, into the custody of Federal Express for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery upon counsel as listed below, whom I understand agreed to accept service of all such papers on behalf of the named defendant.

    Glenn A. Gundersen, Esq.
    Dechert LLP
    Cira Centre
    2929 Arch Street
    Philadelphia, PA 19104

*[signature]*
           Sarah Gottesman

Sworn to before me this 16th day of June, 2011

_____
Notary Public

MARY ELLA CONTE
Notary Public, State of New York
No. 01CO6099008
Qualified in Richmond County
Commission Expires 9/22/11

200109615.1