UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 11 CIV 4060

J.T. COLBY & COMPANY, INC. D/B/A BRICK TOWER PRESS, J. BOYLSTON &
COMPANY, PUBLISHERS LLC AND IPICTUREBOOKS LLC
, Plaintiff(s)

- against -

APPLE, INC.
, Defendant(s)

State of California )
) SS.:
County of Los Angeles )

AFFIDAVIT OF SERVICE

Carlos H. Canas being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of California. That on 06/22/2011 at 10:37 AM at:
    CT CORPORATION SYSTEM
    818 WEST SEVENTH STREET
    LOS ANGES NY 90017
Deponent served the:

SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND

on APPLE, INC.

a domestic and/or foreign corporation
by delivering thereat a true copy to Margaret Wilson
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Process Specialist and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 60   HEIGHT: 5'3''   WEIGHT: 160   HAIR: WHITE   RACE: WHITE   SEX: FEMALE

Carlos H. Canas     Lic. #4571

SWORN TO BEFORE ME  06/22/11
                         (date)

D. Azmi, Notary Public
My comm. exp 03/15/13

OUR DOC# 27767
Manatt Phelps Phillips, LLP
7 Times Square
New York NY 10036
212-790-4500

D. AZMI
Commission # 1840536
Notary Public - California
Orange County
My Comm. Expires Mar 15, 2013