```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
J.T. COLBY & COMPANY, INC. d/b/a BRICK     :
TOWER PRESS, et al.,                       :    11 Civ. 4060 (DLC)
                                           :
                    Plaintiffs,            :    ORDER
                                           :
          -v-                              :
                                           :
APPLE, INC.,                               :
                                           :
                    Defendant.             :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/12

DENISE COTE, District Judge:

In a letter dated October 9, 2012, the defendant reported difficulties it has faced in its attempts to serve a third-party witness, Bob Diforio, with a subpoena <u>duces tecum</u> and a deposition subpoena.  It is hereby

ORDERED that a telephone conference shall be held at **3:30 p.m.** on **October 12, 2012**.

Dated:   New York, New York
         October 10, 2012

                              _____
                                     DENISE COTE
                              United States District Judge