| | |
|---|---|
| Dale M. Cendali | Perry J. Viscounty |
| Claudia Ray | LATHAM & WATKINS LLP |
| Bonnie L. Jarrett | 140 Scott Drive |
| KIRKLAND & ELLIS LLP | Menlo Park, CA 94025 |
| 601 Lexington Avenue | |
| New York, New York 10022 | Jennifer L. Barry |
| | LATHAM & WATKINS LLP |
| | 600 West Broadway, Suite 1800 |
| | San Diego, CA 92101-3375 |

*Attorneys for Defendant*
APPLE INC.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J.T. COLBY & COMPANY, INC. d/b/a BRICK TOWER PRESS, J. BOYLSTON & COMPANY, PUBLISHERS LLC and IPICTUREBOOKS LLC, <br><br> Plaintiffs, <br><br> - against - <br><br> APPLE, INC., <br><br> Defendant. | Case No. 11-CIV-4060 (DLC) <br><br> ECF Case |

**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Bonnie L. Jarrett, Esq., Dr. Gregory S. Carpenter, Philip G. Hampton, Esq., Dr. E. Deborah Jay, Siegrun D. Kane, Esq., and Dr. Stephen M. Nowlis, declared to on December 21, 2012, and the accompanying memorandum of law and 56.1 statement of undisputed facts, the undersigned will move before the Honorable Denise L. Cote, Judge of the District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY, at a time and place to be scheduled by this Court, for an order granting Defendant Apple Inc.'s ("Apple") motion for summary judgment to dismiss the Amended and Supplemental Complaint of Plaintiffs J.T. Colby & Co., Inc. d/b/a Brick Tower Press, J. Boylston & Co., Publishers LLC, and ipicturebooks LLC (collectively, "Plaintiffs") (the "Complaint"), in its entirety.

Date: December 21, 2012

Respectfully submitted,

*s/ Dale M. Cendali*

Dale M. Cendali
Claudia Ray
Bonnie L. Jarrett
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800
Fax: 212-446-4900

Perry J. Viscounty
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: 714-540-1235
Fax: 714-755-8290

Jennifer L. Barry
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
Tel: 619-236-1234
Fax: 619-696-7419

ATTORNEYS FOR DEFENDANT